# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1802
_____

Marc Libault

*Plaintiff - Appellant*

v.

Martha Mamo, Dr., Individually and in Their Official Capacities; Ravneet Kaur, Ms., Individually and in Their Official Capacities; Asha Mane, Ms., Individually and in Their Official Capacities; Institute of Agriculture and Natural Resources at University of Nebraska-Lincoln; The Board of Regents of the University of Nebraska; The Office for Institutional Equity and Compliance at the University of Nebraska-Lincoln

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Nebraska - Lincoln
_____

Submitted: October 3, 2023
Filed: October 6, 2023
[Unpublished]
_____

Before BENTON, KELLY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Marc Libault appeals the district court's[1] dismissal of his pro se employment action.  After careful review of the record and the parties' arguments on appeal, we find no basis for reversal.  <u>See</u> <u>Warmington v. Bd. of Regents of Univ. of Minn.</u>, 998 F.3d 789, 795 (8th Cir. 2021) (standard of review).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Brian C. Buescher, United States District Judge for the District of Nebraska.